# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PENNY MANES**                                                                                             **PLAINTIFF**

V.                   **CASE NO.: 3:10CV00282 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                 **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration and against Plaintiff Penny Manes.

DATED this 13th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE